# SUPPLEMENTAL CIVIL COVER SHEET
# FOR CASES REMOVED FROM STATE COURT

*This form must be attached to the Civil Cover Sheet at the time
the case is filed in the United States District Court*

State Court County: Superior Court of Wake County, North Carolina

Case number and caption:

| 21-CVS-5801 | Total Merchant Services | vs | TMS NC, Inc. et al. |
|---|---|---|---|
| Case Number | Plainfiff(s) | | Defendant(s) |

Jury Demand Made in State Court: ☒ Yes ☐ No

If "Yes," by which party and on what Date:

| Plaintiff | 04/28/2021 |
|---|---|
| Party | Date |

Were there parties not served prior to removal? ☒ Yes ☐ No

Were there parties dismissed/terminated prior to removal? ☐ Yes ☒ No

Were there answers filed in State Court? ☐ Yes ☒ No

Is there a pending TRO in State Court? ☐ Yes ☒ No

*If you have answered "yes" to any of the above please list parties not served, the parties dismissed/terminated and the parties that filed their answers on the reverse of this page.*

*On the reverse of this page please list all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address and phone number, including area code.*

Are copies of all state case pleadings attached to your removal? ☒ Yes ☐ No

If your answer is "No", when will they be filed: _____

List the parties that are removing the case:
Defendant TMS NC, Inc.
Defendant Christopher Collins

| Parties Not Served | Parties Dismissed | Answers Filed |
|---|---|---|
| *I.E. Defendant John Doe*<br><br>Third-Party Defendant North American Bancard Holdings, LLC<br>Third-Party Defendant North American Bancard, LLC<br>Third-Party Defendant Marc Gardener<br>Third-Party Defendant Kirk Haggarty<br>Third-Party Defendant David Greenberg | *I.E. Defendant John Doe* | *I.E. Defendant John Doe* |

| Party and Type | Attorney(s) |
|---|---|
| *I.E.    Plaintiff John Doe*<br><br>Plaintiff Total Merchant Services, LLC<br>Defendant TMS NC, Inc.<br>Defendant Christopher Collins<br>Third-Party Defendant North American Bancard Holdings, LLC<br>Third-Party Defendant North American Bancard, LLC<br>Third-Party Defendant Marc Gardener<br>Third-Party Defendant Kirk Haggarty<br>Third-Party Defendant David Greenberg | *I.E.    Attorney(s) Name*<br>*Firm*<br>*Address*<br>*City, State, Zip*<br>*Telephone and Fax Number*<br>*Supreme Court Number*<br><br>Nichole M. Hatcher<br>Hatcher Legal, PLLC<br>3326 Durham-Chapel Hill Blvd. Suite 200A<br>Durham, NC 27707<br>(p) 919-680-4577<br>(f) 888-899-1251<br>NC Bar No.: 39744<br><br>Tom Segars<br>Ellis & Winters LLP<br>4131 Parklake Avenue Suite 400<br>Raleigh, NC 27612<br>(p) 919-865-7000<br>(f) 919-865-7010 |

USE A SEPARATE SHEET OF PAPER IF NECESSARY