# INDEX OF EXHIBITS
# TO
# DECLARATION OF
# JOSHUA P. GUNNEMANN

Exhibit 1: December 17, 2021 Email/Letter Gunnemann to Hatcher

Exhibit 2: December 28, 2021 Email Gunnemann to Hatcher, with letter and billing statements

Exhibit 3: December 28, 2021 Email Hatcher to Gunnemann

Exhibit 4: January 3, 2022 Email Collins cc'ing Plaintiff Counsel

Exhibit 5: January 11, 2022 Email Gunnemann to Hatcher

Exhibit 6: January 18-19, 2022 Email exchange Gunnemann and Hatcher